**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6128**

_____

RICHARD VANDALE CLOWNEY,

        Plaintiff - Appellant,

    v.

GREENVILLE COUNTY; HOBART LEWIS; JOE KERNELL; TYLER J. FLETCHER,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Mary G. Lewis, District Judge.  (6:24-cv-07243-MGL)

_____

Submitted:  July 29, 2025                      Decided:  August 1, 2025

_____

Before KING, WYNN, and BERNER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Richard Vandale Clowney, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Vandale Clowney appeals the district court's order adopting the recommendation of the magistrate judge and dismissing Clowney's 42 U.S.C. § 1983 action. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Clowney's informal brief does not challenge the bases for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. *Clowney v. Greenville County*, No. 6:24-cv-07243-MGL (D.S.C. Feb. 3, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*